No. 87–1047. NATIONWIDE CORP. ET AL. *v.* HOWING CO. ET AL. C. A. 6th Cir. The Solicitor General is invited to file a brief

in this case expressing the views of the United States. JUSTICE WHITE took no part in the consideration or decision of this order.